UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
MILNER DISTRIBUTION ALLIANCE, INC. ) Case No.
dba MAXX Sunglasses ) Chapter 11
EIN 26-2875563 )
)
Debtor. )

## CERTIFICATE OF CORPORATE RESOLUTION

This is to certify that the directors of Milner Distribution Alliance, Inc., a Colorado Corporation (the "Corporation") held a meeting and unanimously voted as follows:

RESOLVED, that the President, Richard Milner, is hereby authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary schedules and other documents and schedules accompanying the same on behalf of the Corporation;

FURTHER RESOLVED, that the Corporation retain the law firm of Weinman & Associates, P.C., as counsel in connection with the foregoing; and

FURTHER RESOLVED, that the President is hereby authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

IN WITNESS WHEREOF, I have hereunto, by order of the Directors, set my hand on behalf of Milner Distribution Alliance, Inc., a Colorado Corporation.

Milner Distribution Alliance, Inc.
a Colorado Corporation

By: _____
Richard Milner, President