UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
MILNER DISTRIBUTION ALLIANCE, INC. ) Case No. 17-18249 MER
dba MAXX Sunglasses ) Chapter 11
EIN 26-2875563 )
)
Debtor. )

**DISCLOSURE REGARDING RECEIVERS**

In a Chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[X]   No receiver is in possession of Debtor's property.

[ ]   A receiver is in possession of all or part of the Debtor's property.

Identification (by address or legal description) of property(ies): _____
Name of Creditor: _____
Name, Address and Telephone Number of Receiver:

_____
_____
_____

Attorney for Receiver (if any): _____
Name, Address and Telephone Number of Attorney:

_____
_____

Date of Appointment of Receiver: _____
Court Appointing Receiver and Case No.: _____
_____

DATED: September 5, 2017      Respectfully Submitted,
WEINMAN & ASSOCIATES, P.C.

By: /s/ *Jeffrey A. Weinman*
Jeffrey A. Weinman, #7605
730 17th Street, Suite 240
Denver, CO 80202-3506
Telephone: (303) 572-1010
Facsimile: (303) 572-1011
jweinman@weinmanpc.com