UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                     )
                                           )
MILNER DISTRIBUTION ALLIANCE, INC.   )    Case No. 17-18249 MER
dba MAXX Sunglasses                        )    Chapter 11
EIN 26-2875563                             )
                                           )
Debtor.                                    )

---

## APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTOR-IN-POSSESSION

---

Debtor-in-Possession, Milner Distribution Alliance, Inc. ("Debtor"), through its counsel, Weinman & Associates, P.C., hereby applies to this Court pursuant to 11 U.S.C. §327(a) and (b) and F.R.B.P. 2014(a) for an Order Authorizing Debtor to Employ Weinman & Associates, P.C. (the "Firm") as its counsel in the above-captioned proceeding, and in support thereof states the following:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. Venue is proper in this District pursuant to 28 U.S.C. §1409(a).  This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2.      On September 5, 2017, Debtor filed its Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code.

3.      Debtor desires to retain Weinman & Associates, P.C. to represent it in the within matter relative to matters of administration, and bankruptcy counsel generally, including preparation of the statements and schedules, the Plan of Reorganization and Disclosure Statement, and related matters.

4.      To the best of the Firm's knowledge, it has no connection with Debtor, the creditors, the U.S. Trustee or any employee of the U.S. Trustee, or any other party in interest herein.  The Affidavit of Jeffrey A. Weinman is attached hereto and incorporated herein by this reference as Exhibit "A".

5.      The Firm received a $18,600.00 retainer from the Debtor, a portion of such retainer was expended on pre-petition services and costs, including the filing fee.  The balance of the retainer is being kept in a Coltaf account.  The Firm claims an attorneys' lien in the retained funds.  Upon information and belief, no party in interest has a senior lien or interest in the funds being retained by the Firm.

6.      The Firm is duly qualified to represent Debtor in this matter.

7.      The Firm will bill at its customary hourly rates; Jeffrey A. Weinman, Esq., $475.00 per hour; William A. Richey, Paralegal, $300.00 per hour; and Lisa Barenberg, Paralegal, $250.00 per hour.

WHEREFORE, for the foregoing reasons, Debtor requests an Order of this Court authorizing it to employ Weinman & Associates, P.C. as bankruptcy counsel in the above-captioned case, and for such other and further relief as this Court deems appropriate.

DATED: September 5, 2017

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.


By: /s/ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    730 17th Street, Suite 240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@weinmanpc.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on September 5, 2017, I served by prepaid first class mail a copy of the **APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTOR-IN-POSSESSION**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. at the following addresses:

U.S. Trustee
1961 Stout St., Ste. 12-200
Denver, CO 80294

Milner Distribution Alliance, Inc.
Attn: Richard Milner, President
738 Synthes Ave.
Monument, CO 80132

/s/ Lisa R. Kraai