UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
MILNER DISTRIBUTION ALLIANCE, INC. ) Case No. 17-18249 JGR
dba MAXX Sunglasses ) Chapter 11
EIN 26-2875563 )
)
Debtor. )

**MOTION TO APPROVE AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION**

Debtor-in-Possession, Milner Distribution Alliance, Inc. ("Debtor"), through its counsel, Weinman & Associates, P.C., moves this Court for entry of an "Agreed Interim Order Use of Cash Collateral and Providing Adequate Protection" ("Agreed Order") agreed to between Debtor and CoBiz Bank d/b/a Colorado Business Bank ("CoBiz"). In support of its motion, Debtor states as follows:

1. Debtor filed its Voluntary Chapter 11 Petition on September 5, 2017.

2. CoBiz is Debtor's major secured creditor and asserts a valid and perfected lien on Debtor's cash collateral along with other assets of Debtor.

3. Since the date of the filing of its bankruptcy petition, Debtor has remained in possession of its assets and has operated its business and managed its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

4. Debtor is a sunglass designer and sells sunglasses worldwide to customers who operate retail outlets and on the internet. Debtor also has a 3D printing business.

5. Debtor and CoBiz have negotiated an Agreed Order, a copy of which is attached hereto as Exhibit "1". The Agreed Order provides for the use of cash collateral through November 30, 2017.

6. The Agreed Order provides:

    a. an $6,000 adequate protection payment commencing September 10, 2017 and continuing monthly thereafter during the term of the Agreed Order;

    b. Debtor to be bound by a line item budget, a copy of which is attached to the Agreed Order as Exhibit C;

      c.      that Debtor is unaware of any claims against CoBiz, defenses to its secured status, and agrees to the amount stated as being owed;

      d.      in the event of default, for shortened notice to seek stay relief, but not automatically; and,

      e.      for extension of the agreement by the Court after written agreement by the parties but without further notice to creditors.

7.      Debtor and CoBiz request that the Court enter the Agreed Order.

WHEREFORE, for the reasons as set forth above, Debtor respectfully requests that the Court enter the Agreed Interim Order authorizing Use of Cash Collateral and Providing Adequate Protection agreed to between Debtor and CoBiz, attached hereto as Exhibit "1", and for any further relief which the Court may deem appropriate.

DATED: September 8, 2017

                                  Respectfully Submitted,

                                  WEINMAN & ASSOCIATES, P.C.

                                  By: /s/ Jeffrey A. Weinman
                                        Jeffrey A. Weinman, #7605
                                        730 17th Street, Suite 240
                                        Denver, CO 80202-3506
                                        Telephone: (303) 572-1010
                                        Facsimile: (303) 572-1011
                                        jweinman@weinmanpc.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on September 8, 2017 I served by prepaid first class mail a copy of the **MOTION TO APPROVE AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. at the following addresses:

Daniel J. Morse, Esq.
U.S. Trustee's Office
308 W. 21st St., Room 203
Cheyenne, WY 82001

Milner Distribution Alliance, Inc.
Attn: Richard Milner, President
738 Synthes Ave.
Monument, CO 80132

Matthew T. Faga, Esq.
James T. Markus, Esq.
Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Ste. 4550
Denver, CO 80203

Nancy Snyder
CoBiz Bank d/b/a Colorado Business Bank
1099 18th St., Ste. 3000
Denver, CO 80202

and to the 20 largest creditors as listed on the attached List of Creditors Holding 20 Largest Unsecured Claims.

                                                         /s/ Lisa R. Kraai