UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
MILNER DISTRIBUTION ALLIANCE, INC.              )   Case No. 17-18249 JGR
dba MAXX Sunglasses                             )   Chapter 11
EIN 26-2875563                                  )
                                                )
Debtor.                                         )

**MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO THE MOTION TO APPROVE AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING**

Debtor-in-Possession, Milner Distribution Alliance, Inc. ("Debtor"), through its counsel, Weinman & Associates, P.C., moves this Court for an order pursuant to Rule 9006 F.R.B.P. shortening the notice period with respect to the Debtor's **MOTION TO APPROVE AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION** filed on September 8, 2017, and requesting that the Court set a Preliminary Hearing on the Motion. In support of its motion, the Debtor states as follows:

1. Contemporaneously with the filing of the within motion, the Debtor has filed the **MOTION TO APPROVE AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION** ("Motion").

2. The Motion requests approval of an Agreed Order between Debtor and CoBiz Bank for use of cash collateral on an interim basis, including the payment of necessary expenses such as payroll and payroll taxes required to be paid immediately.

3. The Motion has been set out under Rule 9013 and requires a two week notice period, however, payroll and other expenses must be paid much sooner. The Motion, including the budget, is the product of extensive negotiations between the Debtor and CoBiz and has been approved in final form on September 8, 2017.

4. Debtor has critical and urgent need to use cash collateral as set forth in the Agreed Order and budget.

5. Accordingly, Debtor requests that the Court enter an order shortening notice to five (5) days.

6. Further, the Debtor requests that the Court set a preliminary hearing on this matter.

7. The Debtor shall serve a copy of the Court's Order Shortening Notice Period to five (5) days in addition to the Court's Order setting preliminary hearing, on all creditors and parties in interest and shall file a certificate of service with the Court reflecting the same.

WHEREFORE, for reasons as set forth above, the Debtor respectfully requests that this Court enter an order shortening the notice period with respect to the Motion to a period of five (5) days, authorizing the Debtor to submit its certificate of contested or non-contested matter within one (1) day following the conclusion of the shortened notice period, and setting a preliminary hearing on this matter.

DATED: September 8, 2017

                Respectfully Submitted,

                WEINMAN & ASSOCIATES, P.C.


                By: /s/ Jeffrey A. Weinman
                    Jeffrey A. Weinman, #7605
                    730 17th Street, Suite 240
                    Denver, CO 80202-3506
                    Telephone: (303) 572-1010
                    Facsimile: (303) 572-1011
                    jweinman@weinmanpc.com

## CERTIFICATE OF MAILING

I hereby certify that I have mailed on this 8th day of September, 2017, a true and correct copy of the foregoing **MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO THE MOTION TO APPROVE AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION AND REQUEST FOR PRELIMINARY HEARING** by placing the same in the United States mail, postage prepaid, addressed to:

Daniel J. Morse, Esq.
U.S. Trustee's Office
308 W. 21st St., Room 203
Cheyenne, WY 82001

Milner Distribution Alliance, Inc.
Attn: Richard Milner, President
738 Synthes Ave.
Monument, CO 80132

Matthew T. Faga, Esq.
James T. Markus, Esq.
Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Ste. 4550
Denver, CO 80203

Nancy Snyder
CoBiz Bank d/b/a Colorado Business Bank
1099 18th St., Ste. 3000
Denver, CO 80202

and to the 20 largest creditors as listed on the attached List of Creditors Holding 20 Largest Unsecured Claims.

                                                                     /s/ Lisa R. Kraai